No. 50727.—Protests 90489–K, etc., of China Dry Goods Co. (San Francisco).

Opinion by OLIVER, P. J.   The testimony of plaintiff's witness relating to the merchandise in question was held to be of little value, in view of his limited experience in handling toys.   The Government examiner testified that he had returned as toys, fur dogs containing a device for producing a squeak; and those without such device, as manufactures of fur.   The Government moved to dismiss the protests on the ground that plaintiff had failed to make out a *prima facie* case.   The record being wholly insufficient to overcome the presumption of correctness attaching to the collector's classification, the motion to dismiss was granted.

No. 50728.—Protests 102840–K, etc., of Mimosa American Corp. (New York).

Opinion by OLIVER, P. J.   It was agreed that from an analysis of merchandise analyzed by a Government chemist, synthetic resin was the component of chief value; that the articles in question are not laminated, nor made of laminated products; and that the synthetic resin did not act as a binding agent.   Upon the agreed facts, it was held that the merchandise was excluded from classification under paragraph 1539 (b), following *Lee & Schiffer, Inc.* v. *United States* (12 Cust. Ct. 183, C. D. 850).   There being no provision in the act for manufactures composed wholly or in chief value of synthetic resin, the claim at 20 percent under paragraph 1558, was sustained:   (*Rolls Razor, Inc.* v. *United States*, 6 Cust. Ct. 271, C. D. 480, cited.)

No. 50729.—Protests 65270–K, etc., of Carl Zeiss, Inc., et al.   (New York).

Opinion by OLIVER, P. J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE SECOND DIVISION, NOVEMBER 30, 1945

No. 50730.—Protest 101318–K of Woodward & Lothrop (Baltimore).

Opinion by TILSON, J.   The record showed that certain items of the merchandise consist of outerwear woolen articles, valued at more than $5 per pound, similar in all material respects to the merchandise the subject of Abstract 50303.   Upon the established facts and following the cited authority the claim of the plaintiff was sustained.

No. 50731.—Protests 396–K, etc., of Abraham & Straus, Inc., et al.   (New York).

Opinion by TILSON, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.